# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| GULF FLEET HOLDINGS, INC., et al | No. 10-50713 |
| Debtors | (Jointly Administered w/Case Nos. 10-50714, 10-50715, 10-50716, 10-50717, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, 10-50723) |

| | |
|---|---|
| | ADVERSARY PROCEEDING |
| MICHAEL A. HILLMAN AND DARLENE HILLMAN | NO. 11-05006 |
| VERSUS | |
| H.I.G. CAPITAL, L.L.C., ET AL | |

## MOTION TO REMAND
## OR, ALTERNATIVELY, MOTION FOR ABSTENTION

**NOW INTO COURT**, through undersigned counsel, come Michael A. Hillman and Darlene M. Hillman (collectively, the "Hillmans") who respectfully move this Court to remand

{N0445437 -}

this case to the Fifteen Judicial District Court for the Parish of Lafayette, State of Louisiana. As set forth more fully in the accompanying Memorandum in Support of Motion to Remand or, Alternatively, Motion for Abstention, this Court lacks subject matter jurisdiction over the Hillmans' state law claims at issue in this case. Alternatively, even if this Court determines that this matter is a "core" proceeding over which it has jurisdiction or a "non-core" proceeding over which it has discretionary jurisdiction, equitable considerations mandate that this Court abstain from hearing the Hillmans' Lawsuit.

Accordingly, the Hillmans respectfully move this Court to issue an order remanding the Hillmans' Lawsuit to the State Court, and grant any and all other proper and equitable relief to which the Hillmans may be entitled.

Respectfully submitted,

/s/ Timothy S. Madden
**HENRY A. KING (#7393)**
**TIMOTHY S. MADDEN (#21733)**
**ROBERT J. STEFANI (#19248)**
**MONICA J. MANZELLA (#29965)**
**KING, KREBS & JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Email: hking@kingkrebs.com
tmadden@kingkrebs.com
rstefani@kingkrebs.com
mmanzella@kingkrebs.com

*Attorneys for Michael A. Hillman and Darlene M. Hillman*

{N0445437 -}

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the Court's CMF/ECF system, and has been served electronically upon all counsel of record by operation of the Court's electronic filing system and by certified mail this 11th day of March, 2011 including:

**LABORDE & NEUNER**
Frank X. Neuner, Jr.
Brandon W. Letulier
Jed M. Mestayer
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, LA 70503
Telephone: (337) 237-7000
Facsimile: (337) 233-9450

*Attorneys for Defendants, H.I.G. Capital, L.L.C.,*
*Douglas Berman, Jeff Zanarini, Jonathan Fox,*
*Tony Tamer and Richard Currence, Jr.*

                                      */s/ Timothy S. Madden*
                                      Timothy S. Madden