

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

MINUTE ENTRY

11-05006 Hillman et al v. H.I.G. Capital, LLC et al   (ap) Lead case: 10-50713 Gulf Fleet Holdings, Inc. and Gulf Ocean Marine Services, LLC

Motion to Abstain, Motion for Remand on behalf of Darlene M. Hillman, Michael A. Hillman

APPEARANCES:

No appearances

RULING: No hearing held, no appearances made. Hearing is continued at request of the parties to February 14, 2012.

ORDER TO BE PREPARED BY: N/A

Date: December 13, 2011

CC: UST
Madden
Letulier
Neuner
Mestayer

