**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.: 10-50712** |
| | § | |
| **GULF FLEET HOLDINGS, INC., et al** | § | **CHAPTER 11** |
| | § | |
| **DEBTORS** | § | **(Jointly Administered w/Case Nos. 10-50714, 10-50715, 10-50716, 10-50717, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, 10-50723, 10-5042)** |
| | § | |
| **ALAN H. GOODMAN, TRUSTEE,** | § | **ADVERSARY NO. 11-05006** |
| | § | |
| **Plaintiff-In-Intervention,** | § | **JURY TRIAL REQUESTED** |
| | § | |
| **VS.** | § | |
| | § | |
| **H.I.G. CAPITAL, LLC, H.I.G. GULF FLEET ACQUISITION, LLC, H.I.G. GP-II, INC., H.I.G. CAPITAL PARTNERS IV, L.P., H.I.G. ADVISORS IV, L.C.C., GULF FLEET FINANCING, LLC, GULF FLEET TIGER HOLDINGS, INC., ANTHONY TAMER, JEFF ZANARINI, JONATHAN FOX, STEADFAST INSURANCE COMPANY, and PACIFIC INSURANCE COMPANY COMPANY LIMITED,** | § | |
| | § | |
| **Defendants-In-Interventon** | § | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**
**<u>PURSUANT TO FED. R. BANKR. P. 7041(a)(1)</u>**

This Stipulation of Dismissal with Prejudice is entered into by Alan H. Goodman as Liquidating Trustee of the Gulf Fleet Liquidating Trust ("Trustee") and Pacific Insurance Company ("Pacific," together with the Trustee, the "Parties").

**WHEREAS,** the Parties have reached a compromise and settlement resolving all matters between them involved in Adversary 11-05006 and have agreed that all claims asserted by the Trustee against Pacific should be dismissed with prejudice pursuant to rule 7041(a)(1) of the Federal Rules of Bankruptcy Procedure.

**WHEREAS,** each Party shall bear its own costs and expenses related to Adversary 11-05006.

**NOW, THEREFORE,** Pacific Insurance Company is hereby dismissed, with prejudice.

Dated: May 21, 2018

PILLSBURY WINTHROP SHAW PITTMAN, LLP

BY: *\/s/ Hugh M. Ray, III*__________________
Hugh M. Ray, III (Bar #24004246)
(Hugh.Ray@pillsburylaw.com)
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1028
Telephone: (713) 276-7661
Facsimile: (713) 276-7673

***Counsel for Alan H. Goodman, Liquidating Trustee of the Gulf Fleet Liquidating Trust***

NEUNER PATE

By: */s/ Jed M. Mestayer* ____________
Frank X. Neuner, Jr. - #07674
(FNeuner@Neunerpate.com)
Jed M. Mestayer - #29345
(JMestayer@Neunerpate.com)
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, LA 70503
Telephone: 337-237-7000
Fax: 337-233-9450

And

CLYDE & CO., US, LLP

Doug Mangel (As of 1/29/18)
Doug.Mangel@clydeco.us
1775 Pennsylvania Avenue, NW - 4th Floor
Washington, DC 20006
Telephone: 202-747-5100
Facisilime: 202-747-5150

***Counsel for Defendant, Pacific Insurance Company***